UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| VIVIAN ANN WATSON and<br>WILLIAM SHECOBY PALMER, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Cause No. 2:19-cv-103 |
| VENTURE FINANCIAL, LLC, | )<br>)<br>) | |
| Defendant. | ) | |

## OPINION AND ORDER

Vivian Ann Watson and William Shecoby Palmer, *pro se* plaintiffs, have submitted a complaint and a petition for leave to proceed *in forma pauperis*. [DE 4; DE 2.] This case was recently removed by Defendant, Venture Financial, LLC, to this court. [DE 1.] Before allowing the case to proceed, I must review the complaint under 28 U.S.C. § 1915(e)(2)(B) and dismiss it if the action: "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."

The complaint in this case is extremely difficult to decipher, replete with photographs of this courthouse and the Lake County Government Center, the "Insider's Guide: to Underground Tax Sale Strategies," oaths of office, language regarding official bonds, an allegation regarding a notice stuck on a house front door, and requested relief including $250,000 for violation of oath of office, $250,000 for denied right of reasonable defense arguments, $250,000 for slavery, $250,000 for treason, $1,000,000 for genocide,

and $250,000 each for grand theft. [DE 4.]

As the Seventh Circuit has noted, "[s]ometimes . . . the facts alleged in the complaint are so nutty ('delusional' is the polite word) that they're unbelievable, even though there has been no evidentiary hearing to determine their truth or falsity." *Gladney v. Pendleton Corr. Facility*, 302 F.3d 773, 774 (7th Cir. 2002); *Felton v. City of Chicago*, 827 F.3d 632, 635 (7th Cir. 2016) (allegations are frivolous if they are "clearly baseless," "fanciful," "fantastic," "delusional," "irrational," or "wholly incredible") (quoting *Denton v. Hernandez,* 504 U.S. 25, 32–33 (1992)). Unfortunately, Plaintiffs' claims fall into this category.

Accordingly, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B), and the motion to proceed *in forma pauperis* is **DENIED.**

SO ORDERED.

ENTERED: April 23, 2019.

                                        /s/   Philip P. Simon
                                        PHILIP P. SIMON, JUDGE
                                        UNITED STATES DISTRICT COURT